Ryan McNamara, Bar No. 223606
  rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100

Attorneys for Defendants El Pollo Loco, Inc. dba El Pollo Loco #5509 and Zentmyer Properties

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>Plaintiff,<br><br>vs.<br><br>EL POLLO LOCO, INC. dba EL POLLO LOCO #5509; ZENTMYER PROPERTIES<br><br>Defendant. | Case No.  2:17-cv-01609-BRO-JC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 28, 2017<br>Trial Date:         March 6, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

ZEN02-02:9. - Vogel v. - Order on Stip to Dismiss.pdf.docx:8-23-17      - 1 -
ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Martin Vogel's claims and causes of action as alleged in the above-referenced action.

2. The parties are to bear their respective costs, fees, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____
Hon. Beverly Reid O'Connell
United States District Judge